CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
10/20/2022
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| JOY NOEL J.,[1] | CASE NO. 6:21-cv-26 |
| *Plaintiff,* | |
| v. | ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security[2] | JUDGE NORMAN K. MOON |
| *Defendant.* | |

## I.  Introduction

This matter is before the Court on the Parties' cross motions for summary judgment, Dkts. 11, 15, the Report and Recommendation of United States Magistrate Judge Robert S. Ballou, Dkt. 17 ("R&R"), and Plaintiff's objections to the R&R, Dkt. 18. For the reasons set forth in the Court's accompanying Memorandum Opinion, the Court **ORDERS** that

1. Magistrate Judge Ballou's Recommendations are **ADOPTED**, Dkt. 17;

2. Plaintiff's objections to the R&R are **OVERRULED**, Dkt. 18;

3. Plaintiff's motion for summary judgment is **DENIED**, Dkt. 11;

4. Defenedant's motion for summary judgment is **GRANTED,** Dkt. 15.

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts refer to claimants only by their first names and last initials.

[2] On July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of Social Security. Pursuant to Fed. R. Civ. P. 25(d), Kilolo Kijakazi is substituted for Andrew Saul as Defendant in this case.

The Clerk of the Court is **DIRECTED** to **DISMISS** this case from the Court's active docket and to send copies of the accompanying Memorandum Opinion and this Order to all counsel of record and to Magistrate Judge Robert S. Ballou.

It is so **ORDERED**.

Entered this 20th day of October, 2022.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE